# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 21-00925 |
| | ) | |
| ARNOLD A. GOROSPE, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Judge: A. Benjamin Goldgar |

## NOTICE

**See Attached Service List for Parties and Method of Service.**

Please take notice of the attached Chapter 13 Plan dated April 13, 2021, docket #21.

Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provisions of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on April 20, 2021.

/s/ Michael R. Colter, II
Michael R. Colter, II, ARDC #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il 60090
847/ 520-8100
mcolter@davidmsigel.com

## Service List

**The following parties have been served via electronic mail:**

US Trustee, USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee mcguckin_m@lisle.com

**The following parties have been served via regular US Mail:**

Lake County Clerk
18 N. County Street
Room 101
Waukegan, IL 60085

CKZ Investments, LLC
1896 Sheridan Road, Suite 240
Highland Park, IL 60035